Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 3

| United States Steel Corporation |
| |
| **Plaintiff,** |
| v. |
| **UNITED STATES,** |
| **Defendant.** |

S U M M O N S   Court No. 25-00243

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1. United States Steel Corporation; 19 U.S.C. 1677(9)(C) (U.S. Producer)
   (Name and standing of plaintiff)

2. Plaintiff is a domestic producer of the domestic like product that participated in the U.S. Department of Commerce's 2022-2023 Antidumping Duty Administrative Review of Oil Country Tubular Goods from Mexico.
   (Brief description of contested determination)

3. September 2, 2025
   (Date of determination)

4. September 5, 2025 (90 Fed. Reg. 42933)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ James E. Ransdell
Signature of Plaintiff's Attorney

November 4, 2025
   Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

James E. Ransdell
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Ave NW, Suite 300
Washington, DC 20037
202-567-2321  jransdell@cassidylevy.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025.)

**UPON THE UNITED STATES:**
Attorney-in-Charge
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza - Room 346
Civil Division
New York, NY 10278

Jeanne Davidson
Director
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**
Kelly R. Welsh
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, DC 20230

## NOTICE TO INTERESTED PARTIES

I, James E. Ransdell of the law firm Cassidy Levy Kent (USA) LLP, hereby certify that on November 4, 2025, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Forms 17, by certified mail, return receipt requested:

**On behalf of: Borusan Pipe U.S., Inc., PTC Liberty, and Welded Tube USA**
Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC 20001
Phone: 202-223-1700
Email: rschagrin@schagrinassociates.com

**On behalf of: Tubos de Acero de Mexico, S.A., and Tenaris Global Services (U.S.A.) Corporation**
Gregory J. Spak
White and Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Phone: 202-626-3600
Email: gspak@whitecase.com