**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| | |
|---|---|
| **PLAINTIFF:** United States Steel Corporation<br><br>**ATTORNEY** (*Name, Address, Telephone No.*):<br>James E. Ransdell<br>Cassidy Levy Kent (USA) LLP<br>2112 Pennsylvania Ave NW, Suite 300<br>Washington, DC 20037 202-567-2316 | USCIT Ct. No. 25-00243 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [ ]

## JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal   [ ] Classification   [ ] Charges or Exactions   [ ] Vessel Repairs
[ ] Exclusion   [ ] Liquidation      [ ] Drawback
[ ] Refusal to Reliquidate   [ ] Rate of Duty   [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal   [ ] Classification   [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause: 1516a(a)(2)(B)(iii)     Agency: U.S. Department of Commerce

*Federal Register* or *Administrative Determination* Cite(s): 90 Fed. Reg. 42933 (September 5, 2025)

Product(s): Oil Country Tubular Goods from Mexico

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

[ ] U.S. Secretary of Labor   [ ] U.S. Secretary of Commerce   [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   [ ] U.S. International Trade Commission   [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2)   [ ] Sec. 641(b)(3)   [ ] Sec. 641(c)(1)   [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)   [ ] Sec. 641(d)(2)(B)   [ ] Sec. 499(b)

**JURISDICTION**
*(Continued)*

| **28 U.S.C. § 1581(h) - Ruling relating to:** |
|---|
| [ ] Classification    [ ] Valuation    [ ] Restricted Merchandise |
| [ ] Rate of Duty      [ ] Marking      [ ] Entry Requirements |
| [ ] Drawbacks         [ ] Vessel Repairs   [ ] Other: _____ |

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 - Actions Commenced by the United States**
[ ] (1) Recover civil penalty under Tariff Act of 1930:
  [ ] Sec. 592    [ ] Sec. 593A    [ ] Sec. 641(b)(6)
  [ ] Sec. 641(d)(2)(A)    [ ] Sec. 704(i)(2)    [ ] Sec. 734(i)(2)
[ ] (2) Recover upon a bond
[ ] (3) Recover customs duties

**R E L A T E D   C A S E(S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: |  |  |  |
| [X] Pending: | Tubos de Acero de Mexico S.A., and Tenaris Global Services (U.S.A.) Corporation | 25-00221 | Unassigned |

*(Attach additional sheets, if necessary.)*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)